IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LEGENDS TRUST
paul chavez grantor/owner and
only real party in interest,

        Plaintiff,

v.                                            No. 1:21-cv-01006-KG-JFR

ERIN O'CONNELL, in her capacity as a
Second District Court Judge for
the State of New Mexico,

        Defendant.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion and Order dismissing Plaintiff's case,

IT IS ORDERED that this case is DISMISSED without prejudice.

_____
UNITED STATES DISTRICT JUDGE